UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW PERRONG and
JAMES EVERETT SHELTON, etc.
    Plaintiffs,

v.                                CASE NO. 8:19-mc-112-T-02TGW

TEAM INTEGRITY ENERGY
GROUP, LLC.
    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Motion to Compel Team Integrity Energy Group, LLC to Comply with Document Subpoena (Doc. 1). The movant failed to comply with Local Rule 3.01(g) which states:

> Before filing any motion in a civil case . . . the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion (1) a statement certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.

The plaintiff's telephone calls and emails in August (Doc. 2) are insufficient. The court's Local Rule requires the movant to contact opposing counsel by telephone and advise counsel of the motion they intend to file, and to state


the opposing party's response, if any.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Compel Team Integrity Energy Group, LLC to Comply with Document Subpoena (Doc. 1) is **DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this 12th day of November, 2019.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE